**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHARLES KENNETH HARRELL, JR.**                                                          **PLAINTIFF**

v.                              **CASE NO. 3:13CV00245 BSM**

**MISSISSIPPI COUNTY et al.**                                                                 **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. The motion to withdraw and motion to continue filed by plaintiff Charles Kenneth Harrell Jr., which are construed as objections, have also been reviewed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, rejected.

IT IS THEREFORE ORDERED that:

1.   Harrell's motion to continue with his case [Doc. No. 12] and to withdraw his motion to dismiss [Doc. No. 13] are granted. Harrell's motion to dismiss his case [Doc. No. 10] is denied as moot.

2.   This matter is referred back to the magistrate judge for further consideration.

DATED this 18th day of February 2014.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE